**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>　　　　　　Plaintiff,<br>v.<br>**ARCHOS, INC.,**<br><br>　　　　　　Defendant. | Case No. 2:14-cv-352<br><br>**PATENT CASE**<br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>　　　　　　Plaintiff,<br>v.<br>**TECHNO SOURCE USA, INC.,**<br><br>　　　　　　Defendant. | Case No. 2:14-cv-360<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT TECHNO SOURCE USA, INC.**

　　On this day    **7/24/14**   , it appearing from the declaration in support of default of Craig Tadlock, attorney for plaintiff, that the defendant below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

　　Now, therefore, the DEFAULT of the following named defendant is hereby entered:

　　Techno Source USA, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_David Maland_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court